IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEANNE RIGGIN<br><br>         *Plaintiff*,<br><br>v.<br><br>PITTSBURGH CARE PARTNERSHIP, INC.<br><br>         *Defendant*. | Civil Action<br><br>DOCKET NO.: 2:23-cv-1893 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    The undersigned parties, through their attorneys, hereby file this Joint Stipulation of Dismissal with Prejudice. This matter is completely and finally dismissed with prejudice.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Karen Baillie*

Karen Baillie, PA 66780
One PPG Place, Suite 1900
Pittsburgh, PA 15222
412-246-0158
Karen.Baillie@ogletree.com

Counsel for Defendant
*Pittsburgh Care Partnership, Inc.*

Dated: _____October 7_____, 2024

MCELROY LAW OFFICES

*/s/ Rachel L. McElroy*

Rachel L. McElroy, PA 321624
960 Penn Avenue, Suite 1001
Pittsburgh, PA 15222
412-620-8735
rachel@mcelroylawfirm.com

Counsel for Plaintiff
*Leeanne Riggin*

It is so ORDERED this __7th__ day of __October__, 2024.

                                                     s/Cathy Bissoon
                                                   The Honorable Cathy Bissoon
                                                   United States District Judge